UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN M. BRODER,

        Plaintiff,

                                                Case No. 03-70614

v.                                            Hon. John Corbett O'Meara

WILLIAM OVERTON, et al.,

        Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT

      Plaintiff, an inmate in the custody of the Michigan Department of Corrections, filed this suit alleging violations of the Eighth and Fourteenth Amendments arising out of the failure to provide special orthopedic shoes. The claims against a number of the defendants were dismissed in an order dated March 23, 2004. The claims against the two remaining defendants, Dr. Naylor and Dr. Pramstaller, were dismissed in an order dated March 1, 2005. On July 21, 2005, Plaintiff filed a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b). Defendants filed a response on July 22, 2005, and Plaintiff filed a reply on July 28, 2005. The court, having reviewed these submissions and having determined that oral argument is unnecessary, is now prepared to rule on this matter.

      Plaintiff has recently obtained a number of documents which he claims proves his allegations against Dr. Naylor. Plaintiff mischaracterizes the materiality of the documents he has recently obtained. These documents will not change the ultimate outcome of judgment in favor of the Dr. Naylor.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's July 21, 2005 Motion for Reconsideration And/Or Relief From Judgment is **DENIED**.

s/John Corbett O'Meara<br>
United States District Judge

Date: August 30, 2005
Ann Arbor, MI